# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Adam Decker Clements　　　　　　　　　　Docket No. 5:10-CR-171-1BO

### Petition for Action on Supervised Release

　　　COMES NOW Linwood E. King, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Adam Decker Clements, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Marijuana, a Quantity of Morphine, and a Quantity of Alprazolam (Xanax); and Possession of a Firearm in Furtherance of a Drug-Trafficking Crime was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on December 2, 2010, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

2. The defendant shall provide the probation officer with access to any requested financial information.

　　　Adam Decker Clements was released from custody on October 11, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 13, 2013, the defendant was instructed to report to the probation office for an appointment and random urinalysis test. The defendant reported to the office smelling of alcohol and a Breathylyzer test was subsequently administered, resulting in a .14 BAC. Clements admitted to drinking "a couple" of 24-ounce beers the night before this office appointment. Subsequently, the defendant was questioned on his transportation to the office, and he confirmed that he had driven to the courthouse. I verbally reprimanded Clements for drinking alcohol excessively and operating a motor vehicle while legally intoxicated. Furthermore, the defendant was directed to refrain from driving and call someone to transport him from the federal building back to his residence. To address this behavior, and in an effort to deter future alcohol abuse, we are recommending that Clements be allowed exposure to appropriate substance abuse treatment. The defendant has been warned that continued alcohol abuse could result in further action by the court.

　　　The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Adam Decker Clements
Docket No. 5:10-CR-171-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

   Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Linwood E. King
Linwood E. King
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: December 17, 2013

### ORDER OF COURT

Considered and ordered this 17 day of December, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge