UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Adam Decker Clements Docket No. 5:10-CR-171-1BO

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Adam Decker Clements, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Marijuana, a Quantity of Morphine, and a Quantity of Alprazolam; and Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge on December 2, 2010, to the custody of the Bureau of Prisons for a term of 36 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Adam Decker Clements was released from custody on October 11, 2013, at which time the term of supervised release commenced.

On December 17, 2013, the court modified the conditions of release to include substance abuse testing and appropriate treatment after the defendant reported for an office appointment and returned a .14 BAC on our office's breathylyzer testing device.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant provided a urine screen on April 30, 2015, which tested positive for the use of marijuana. Clements admitted to this officer that he had smoked marijuana and was also struggling with alcoholism. To address this behavior, and in an effort to deter future drug use, we are recommending that Clements be required to serve an active jail weekend and again be exposed to appropriate substance abuse treatment. The defendant has been warned that an arrest warrant could be requested from the court subsequent to any future urinalysis tests returning positive for illegal drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from 6:00 p.m. Friday until 6:00 a.m. Monday for a period of (1) weekend, commencing as directed by the Bureau of Prisons and the Probation Office. He shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Linwood E. King |
| Michael C. Brittain | Linwood E. King |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8682 |
| | Executed On: May 21, 2015 |

## ORDER OF THE COURT

Considered and ordered this ___22___ day of ___May___, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge